# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE FAGUNDES JR.,

Plaintiff,

v.

LAND O'LAKES, INC., et al.,

Defendants.

Case No. 1:25-cv-01020-KES-EGC

**ORDER DENYING WITHOUT PREJUDICE JOINT STIPULATION TO CONTINUE PRE-TRIAL DATES AND DEADLINES**

(Doc. 15)

The Court is in receipt of the parties' "Joint Stipulation" seeking to modify the case schedule, (Doc. 11), to continue the expert discovery and motion deadlines. (Doc. 15). In their motion, the parties "seek a limited modification of the discovery and motion deadlines, rather than a continuance of the final pretrial conference or trial." (Doc. 15 at 3). Because the parties' requested modification cannot be granted without modifying the trial and pretrial dates, the parties' motion will be denied without prejudice.

The undersigned observes that the motion, if granted, would only allow for eight weeks between the dispositive motion hearing and the pretrial conference. Therefore, under the local rules and in light of the fact that this Court requires at least sixteen weeks between the hearing on dispositive motions and the pretrial conference and eight weeks between the pre-trial conference and trial, granting the parties' request to modify the dispositive motions filing date would require further modification of the case schedule. Specifically, if the undersigned were to grant the parties'

requested modification of the other discovery deadlines, the following subsequent pre-trial and trial dates would also need to be modified as follows: (1) the pre-trial conference would need to reset to August 23, 2027, and (2) the trial would need to be reset for October 19, 2027.

Accordingly, in light of the parties' express request that no other dates be modified, the motion is DENIED without prejudice to filing a renewed motion or stipulation that allows for at least 35 days between a motion filing and associated hearing; 16 weeks between the hearing on dispositive motions and the pretrial conference; at least 8 weeks between the pretrial conference and trial.

IT IS SO ORDERED.

Dated: **August 10, 2026**

Erin Sey Castillo

UNITED STATES MAGISTRATE JUDGE