# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE FAGUNDES, JR.,

Plaintiff,

v.

LAND O' LAKES, INC.,

Defendant.

Case No. 1:25-cv-1020-KES-EGC

**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES AND DEADLINES**

(Doc. 17)

Having considered the parties' Stipulation to Continue Trial and Pre-Trial Dates and Deadlines, (Doc. 17), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the November 26, 2025 Scheduling Order, (Doc. 11), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

| Event | Scheduled Date | Continued Date |
|---|---|---|
| Non-Expert Discovery | September 18, 2026 | December 18, 2026 |
| Disclosure of Experts | October 2, 2026 | January 19, 2027 |
| Disclosure of Rebuttal Experts | October 16, 2026 | February 9, 2027 |
| Expert Discovery Deadline | November 6, 2026 | March 4, 2027 |
| Non-Dispositive Motions (filing deadline) | November 18, 2026 | March 11, 2027 |
| Non-Dispositive Motions (hearing deadline) | December 23, 2026 | April 15, 2027 |
| Dispositive Motions (filing deadline) | January 22, 2027 | March 18, 2027 |

[1] Some of the parties' proposed dates were modified to comport with the Court calendar. Additionally, a Settlement Conference has not been scheduled. By no later than July 20, 2027, the parties shall file a joint statement 1) confirming that they have met and conferred, and 2) setting forth three to four proposed Settlement Conference dates in accordance with the Court's calendar.

| | | |
|---|---|---|
| Dispositive Motions (hearing deadline) | March 1, 2027 | May 3, 2027 |
| Pretrial Conference | June 28, 2027 | August 23, 2027 |
| Trial | August 24, 2027 | October 19, 2027 |

IT IS SO ORDERED.

Dated: **August 14, 2026**

Erin Sing Castillo
UNITED STATES MAGISTRATE JUDGE